USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TODD KREISLER,

             Plaintiff,

  -against-

219 EAST 59th CAFÉ, INC., a New York Corporation, d/b/a
THE CARRIAGE HOUSE, and GAK PROPERTIES, LLC,
a Foreign limited liability company,,

             Defendants.
-----------------------------------------------------------------X

**STIPULATION**

Civil Action No.:
11 Civ. 7313 (HB)

IT IS HEREBY STIPULATED AND AGREED that the time for Defendant, GAK PROPERTIES, LLC to answer Plaintiffs Summons and Amended Complaint and the same is hereby extended up to and including the 30th day of March 2012.

Dated: Garden City, New York
      March 21, 2012

LAW OFFICE OF ADAM T. SHORE, ESQ.

_____
Adam T. Shore, Esq.
*Attorneys for Plaintiff*
*Todd Kreisler*
100 Park Avenue, Suite 1600
New York, New York 10017
(646) 476-4296
File No.:

GOLDBERG SEGALLA, LLP

_____
Brian W. McElhenny, Esq.
*Attorneys for Defendant*
*GAK Properties, LLC*
100 Garden City Plaza, Suite 225
Garden City, New York 11530
(516) 281-9800
File No.: 6090.0001

So Ordered: _____ 3/22/1?
      Honorable Harold Baer, Jr.

116719.1

GOLDBERG SEGALLA LLP
100 Garden City Plaza
Suite 225
Garden City, NY 11530-3203