UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TODD KREISLER,

                Plaintiff,

v.

219 EAST 59TH CAFE, INC., a New York
corporation, d/b/a THE CARRIAGE HOUSE,
and GAK PROPERTIES, LLC, a
foreign limited liability company,

                Defendants.
---------------------------------------------------------X

Civil Action No. 11 Civ. 7313 (HB)(JFC)
ECF CASE

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

The Plaintiff, TODD KREISLER, and Defendants 219 EAST 59TH CAFE, INC., d/b/a THE CARIAGE HOUSE, and GAK PROPERTIES, LLC, a foreign limited liability company, by and through their undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a Consent Decree. All parties shall bear their own costs, attorneys' fees, and expenses other than those specified in said Consent Decree and all parties agree not to file any further claims or motions pertaining to this matter other than to enforce the terms of the Consent Decree, if necessary.

Dated: New York, New York
         August 10, 2012

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

_____
Adam T. Shore, Esq.
Law Offices of Adam Shore, PLLC
Attorney for Plaintiff
Todd Kreisler
100 Park Avenue, Suite 1600
New York, New York 10017

_____
Brian McElhenny, Esq.
Goldberg Segalla, LLP
Attorney for Defendant
GAK Properties, LLC
100 Garden City Plaza, Suite 225
Garden City, New York 11530

_____
Charles Gayner, Esq.
Maloof, Lebowitz, Connahan & Oleske
Attorney for Defendant
219 East 59th Café, Inc.,
299 Broadway, Suite 1605
New York, New York 10007

SO ORDERED:

_____
THE HONORABLE JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE